# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                                                                  Case No. 6:25-cv-431-JA-UAM

EARL TINGLE, JR., and THE
BAKE SHOP OF VOLUSIA, INC.,

    Defendants.

_____

## ORDER

In light of the Notice of Voluntary Dismissal (Doc. 10) filed by Plaintiff, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 22, 2025.

                                                                        JOHN ANTOON II
                                                          United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties